UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-00641 CR-MOORE

MAGISTRATE JUDGE O'SULLIVAN

18 U.S.C. 152 (3)

UNITED STATES OF AMERICA,

v.

JAVIER RODRIGUEZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that :

On or about December 6, 1996, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JAVIER RODRIGUEZ,**

knowingly and fraudulently made a material false declaration and statement under the penalty of perjury as permitted under Section 1746 of Title 28, of the United States Code, in connection with a bankruptcy case filed under Title 11 of the United States Code, that is, Case No. 96-17914-BKC-AJC, pending in the United States Bankruptcy Court for the Southern District of Florida, by submitting a Chapter 11 bankruptcy petition, Schedules of Assets and Liabilities, and Statement of Financial Affairs, all filed under penalty of perjury, on which the defendant fraudulently failed to disclose the sale and transfer of two Kelly Tractors, Caterpillar Back Hoe, Model 416B, Serial Number 8SG03515 and Caterpillar Front End Loader, Model 936, Serial Number 33202322 and his

receipt of approximately $60,000 from the sale; in violation of Title 18, United States Code, Section 152(3).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
WILFREDO FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

99-00641 CR-MOORE

UNITED STATES OF AMERICA

v.

JAVIER RODRIGUEZ

CERTIFICATE OF TRIAL ATTORNEY*
MAGISTRATE JUDGE
O'SULLIVAN

Superseding Case Information:

**Court Division**: (Select One)

- X  Miami      ___ Key West
- ___ FTL       ___ WPB       ___ FTP

New Defendant(s)       Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) NO
   List language and/or dialect ___

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | |
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | X |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: ___   Case No. ___
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the ___   District of ___

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? X Yes ___ No   If yes, was it pending in the Central Region? ___ Yes X No

*signature*
WILFREDO FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 142859

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

99-00641-CR-MOORE
MAGISTRATE JUDGE
O'SULLIVAN

Defendant's Name: __JAVIER RODRIGUEZ__   Case No: _____

Count #1:
__false declaration and statement to a United States Bankruptcy Court; 18 USC § 152(3)__

*Max. Penalty: 5 years of imprisonment, $250,000 fine

Count #:

*Max. Penalty:

Counts #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96