IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER RODRIGUEZ,

    Defendants.
_____/

CASE NO. 99-00641CR-MOORE

FLORIDA BAR 767808

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for the Defendant, **JAVIER RODRIGUEZ.**

9/8/99
Date

_____(signature)_____
Signature

    ROGER S. ELKIND
Print

    2903 SALZEDO STREET
Address

    CORAL GABLES, FLORIDA 33134
City        State    Zip

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by hand and mail to the Clerk of the Court, at 301 North Miami Avenue, Miami, Florida 33128 and to U.S. STATE ATTORNEY'S OFFICE at 99 N.E. 4th Street, Miami, Fl. 33132 on this ____ day of September, 1999.

BY: _____(signature)_____
Roger S. Elkind, Esquire
Attorney for Defendant