UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-641-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAVIER RODRIGUEZ,

    Defendant.
_____/

**ORDER**



FILED by _____ D.C.
JUL 2 6 2002
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court on the Defendant's Motion to Modify Probation.

The Court has considered the record, and having reviewed the above motion, the Government's response and the Defendant's PSI reports, it is

ORDERED AND ADJUDGED that the Defendant's Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of July, 2002.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:

Wilfredo Fernandez, AUSA
Paul Haralson, Esq.
Norma Behar, USPO